IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. RICHARD E. FISCHBEIN, M.D., individually and as the representative of a class of similarly-situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>THE OLSON RESEARCH GROUP, INC., and John Does 1-12,<br><br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 17-05601<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT THE OLSON RESEARCH GROUP, INC.'S
MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendant The Olson Research Group, Inc. ("Olson") respectfully moves this Court to dismiss all claims against it in Plaintiff Dr. Richard E. Fischbein, M.D.'s Class Action Complaint (Doc. No. 1) with prejudice. Defendant requests oral argument on its Motion.

Respectfully submitted,

 */s/ Samantha L. Southall*
Samantha L. Southall
Patrick D. Doran
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19103
Telephone: (215) 665-8700
Fax: (215) 665-8760
samantha.southall@bipc.com
patrick.doran@bipc.com

Dated: April 13, 2018            *Counsel for Defendant The Olson Research Group, Inc.*