IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. RICHARD E. FISCHBEIN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-05601 |
| v. | ) | |
| | ) | Hon. Gerald J. Pappert |
| THE OLSON RESEARCH GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Plaintiff Dr. Richard E. Fischbein, M.D. ("Fischbein"), individually and as representative of a class of similarly situated persons, by counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's August 26, 2019, Order granting defendant The Olson Research Group, Inc.'s ("Olson") motion to dismiss Fischbein's class action complaint and dismissing Count I thereof with prejudice (ECF 27).

Dated: August 30, 2019

Respectfully submitted,

DR. RICHARD E. FISCHBEIN

By:  s/ Phillip A. Bock
     One of his attorneys

Phillip A. Bock
David M. Oppenheim
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5500
service@classlawyers.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 30, 2019, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

                /s/ Phillip A. Bock