UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3018
_____

DR. RICHARD E. FISCHBEIN,
                               *Appellant*

v.

OLSON RESEARCH GROUP, INC.; JOHN DOES 1-12
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 2-17-cv-05601)
District Judge:  Honorable Gerald J. Pappert
_____

No. 19-3222
_____

ROBERT W. MAUTHE M.D., P.C.,
Individually and as the representative of a class of similarly situated persons,
                               *Appellant*

v.

ITG, INC.; ITG INVESTMENT RESEARCH, INC.;
M SCIENCE LLC
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 5-18-cv-01968)
District Judge:  Honorable Chad F. Kenney
_____

Argued March 24, 2020

BEFORE: JORDAN, RESTREPO and GREENBERG, Circuit Judges.

---

## JUDGMENT

---

These causes came on to be considered on the record on appeal from the United States District Court for the Eastern District of Pennsylvania and were argued on March 24, 2020. On consideration whereof, it is hereby

ORDERED and ADJUDGED that the orders of dismissal of August 26, 2019, in No. 19-3222, and August 29, 2019, in No. 19-3018, are reversed and the matters are remanded to the District Courts in the Eastern District of Pennsylvania for further proceedings.

Costs taxed against appellees.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 15, 2020

Costs taxed in favor of the Appellants as follows:

For Appellant Richard Fischbein in No. 19-3018 costs taxed in the amount of $634.60

For Appellant Robert W. Mauthe in No. 19-3222 costs taxed in the amount of $634.60

**Total Costs Taxed Against Appellees…………………….$1269.20**

Certified as a true copy and issued in lieu of a formal mandate on  July 21, 2020

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**