IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. RICHARD E. FISCHBEIN, M.D., individually and as the representative of a class of similarly-situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>THE OLSON RESEARCH GROUP, INC., and John Does 1-12,<br><br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 17-05601<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Dr. Richard E. Fischbein and Defendant Olson Research Group, Inc., that, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff's individual claims against Defendant shall be dismissed with prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice, with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

| | |
|---|---|
| */s/ Richard Shenkan* <br> Richard Shenkan (Pa. I.D. No. 79800) <br> Shenkan Injury Lawyer LLC <br> 6550 Lakeshore Street <br> West Bloomfield, MI 48321 <br> (248) 562-1320 <br> rshenkan@shenkanlaw.com <br><br> s/ *Phillip A. Bock* <br> Phillip A. Bock <br> Robert M. Hatch <br> David M. Oppenheim <br> Bock, Hatch, Lewis & Oppenheim, LLC <br> 134 N. La Salle Street, Suite 1000 <br> Chicago, Illinois 60602 <br> Phone: (312) 658-5500 <br> Fax: (312) 658-5555 <br><br> *Attorneys for Plaintiff* | */s/Samantha L. Southall* <br> Samantha L. Southall (Pa. I.D. No. 80709) <br> samantha.southall@bipc.com <br> Buchanan Ingersoll & Rooney PC <br> Two Liberty Place <br> 50 S. 16th Street <br> Philadelphia, PA 19102 <br> Tel. (215) 665-8700 <br><br> *Attorneys for Defendant* |

Dated: April 30, 2021

**SO ORDERED:**

_____
                                   U.S.D.J.